JOHN B. KEARNY, Respondent, *v.* METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, Appellant.

*Kearny v. Metropolitan Trust Co.,* 110 App. Div. 236, affirmed.
(Argued December 5, 1906; decided December 21, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 15, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover an alleged balance of a deposit account.

*Charles E. Rushmore* for appellant.

*Howard R. Bayne* and *Walter L. McCorkle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.